```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                          WESTERN DIVISION


Angelo Robinson,                  )
                                  )
          Petitioner,             )
                                  )  Case No. C-1-00-918
     vs.                          )
                                  )
Harold Carter,                    )
                                  )
          Respondent.             )
```

## Show Cause Order

On July 15, 2003, United States Magistrate Judge Timothy S. Hogan issued a Report and Recommendation recommending that Petitioner's petition for writ of habeas corpus in this matter be denied with prejudice. Petitioner has filed objections to the Report and Recommendation, and Respondent has not responded to those objections within the time allotted by Rule 72(b) of the Federal Rules of Civil Procedure. Accordingly, the Court hereby **ORDERS** Respondent to **SHOW CAUSE,** on or before September 30, 2003, for the overruling of Petitioner's objections. In the event that Respondent does not timely respond to this Show Cause Order, the Court will consider Petitioner's objections as unopposed.

**IT IS SO ORDERED.**

```
                              /s/
       Sandra S. Beckwith
       United States District Judge
```