AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | Ohio |

Angelo Robinson,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:    C-1-00-918

James Haviland

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Report & Recommendation is **ADOPTED** and Petitioner's objections are **OVERRULED**. Petitioner's petition for writ of habeas corpus is **DENIED**. The Court certifies as appealable the claim alleged in Ground One of the petition. Appellate review may encompass Founds Three and Four as well. The Court declines to issue a certificate of appealability with respect to Ground Two. The Court further certifies that an appeal of the Order filed simultaneously with this Judgment would be taken in good and **GRANTS** petitioner leave to proceed in forma pauperis upon a showing of financial necessity.

| September 26, 2003 | /s/  Kenneth J. Murphy, Jr. |
| Date | Clerk |

(By) Deputy Clerk