FILED
KENNETH J. MURPHY
CLERK

IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

03 OCT 24 PM 2:45

| | | |
|---|---|---|
| ANGELO ROBINSON | : | Case no. C-1-00-918 |
| | | Judge Sandra S. Beckwith |
| Petitioner-Appellant | | Magistrate Timothy S. Hogan |
| vs. | : | **PETITIONER'S NOTICE OF INTENTION TO FILE APPLICATION FOR CERTIFICATE OF APPEALABILITY** |
| JAMES HAVILAND | : | |
| Respondent-Appellee | : | |

Petitioner, Angelo Robinson, through the undersigned counsel, hereby gives notice of his intention to file an Application for Certificate of Appealability in the United States Court of Appeals for the Sixth Circuit. This Application will be filed as soon as possible in accordance with Rule 22 (a) of the Sixth Circuit Rules and 22 (a) (2) of the Sixth Circuit Internal Operating Procedures.

Respectfully submitted,

_Bernard F. Wong_
BERNARD F. WONG
Attorney for Appellant and
830 Main Street
Cincinnati, Ohio  45202
(513) 421-2730
Ohio Supreme Court Number: 0042145

**CERTIFICATE OF SERVICE**

This is to certify that a copy of this Notice was served by regular mail upon Bruce Horrigan, Assistant Attorney General, 615 West Superior Avenue, 11th Floor, Cleveland, Ohio 44113 this 24th of October, 2003.

_Bernard F. Wong_
BERNARD F. WONG
Attorney for Appellant and Petitioner