FILED
KENNETH J. MURPHY
CLERK

IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO 03 OCT 24  PM 2: 37
WESTERN DIVISION

|  |  |  |
|---|---|---|
| ANGELO ROBINSON | : | Case no. C-1-00-918 |
|  |  |  |
| Petitioner-Appellant | : | Judge Sandra S. Beckwith |
|  |  | Magistrate Timothy S. Hogan |
| vs. | : |  |
|  |  |  |
|  | : | NOTICE OF APPEAL |
|  |  |  |
| JAMES HAVILAND | : |  |
|  |  |  |
| Respondent-Appellee | : |  |

Notice is hereby given that Angelo Robinson, Petitioner-Appellant in the above named case hereby appeals to the United States Court of Appeals for the Sixth Circuit, from the final judgment and order adopting the Report and Recommendation of the Magistrate Judge and denying the petition for habeas corpus. Said judgment granted a certificate of appealability to Petitioner's First Ground for Relief but denied the certificate of appealability for Ground Two. Said judgment and order was entered in this action on the 26th day of September, 2003.

Respectfully submitted,

BERNARD F. WONG
Attorney for Appellant and
804 Second National Bank Building
830 Main Street
Cincinnati, Ohio  45202
(513) 421-2730
Ohio Supreme Court Number: 0042145

1

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Notice of Appeal was served by regular mail upon Bruce Horrigan, Assistant Attorney General, 615 West Superior Avenue, 11th Floor, Cleveland, Ohio 44113 this 24th of October, 2003.

BERNARD F. WONG
Attorney for Appellant and Petitioner