# BERNARD F. WONG

**ATTORNEY AT LAW**  804 SECOND NATIONAL BANK BUILDING
830 MAIN STREET
CINCINNATI, OHIO 45202
(513) 421-2730
FAX (513) 421-2873

October 23, 2003

Judge Sandra S. Beckwith
Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio          45202

re: Electronic Filing
<u>Robinson v. Haviland</u>, C-1-00-918

Dear Judge Beckwith:

    I have just moved to above address last month and do not have internet access installed yet. I was informed of the electronic filing requirements at the September meeting of the Greater Cincinnati Criminal Defense Lawyers Association. It is clear I will have to upgrade my computer equipment to comply with the clerk's electronic filing requirements. Additionally, this is my only pending federal case at this time and the only thing needed is to file notices of appeal.

    Though I hope to comply and upgrade my equipment, at this time I ask the District Court to allow me to opt out.

Sincerely,

Bernard F. Wong

cc: Bruce Horrigan
Assistant Attorney General

The undersigned wishes to advise the Court that participation in the Electronic Case Management System is either impractical or impossible in this case for the following reason(s):

☐ Undersigned is proceeding *pro se* (without counsel) in this litigation

☒ Undersigned neither owns nor has ready access to the necessary automation equipment

☒ Other: __Attached__

Name    Bernard F. Wong
Ohio Bar Registration Number (if applicable)   0042145
Address   #804, 830 Main Street, Cincinnati, Ohio   45202
Telephone   (this is a new address)
             513-421-2730
Fax  513-421-2873
E-Mail Address (if applicable)

Please return this form to the Clerk of Court's Office in the location of Court where this matter is pending.

Columbus
Joseph P. Kinneary U. S. Courthouse
85 Marconi Blvd., Room 260
Columbus, OH  43215

Cincinnati
Potter Stewart U. S. Courthouse
100 E. Fifth Street, Room 324
Cincinnati, OH 45202

Dayton
Federal Building
200 West Second Street, Room 712

FILED
KENNETH J. MURPHY
CLERK
03 OCT 24 PM 2:45