# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** S.D. of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:00cv0918 | **Court of Appeals Case No:** 03-4407 |
| **SHORT CAPTION** | **Case Manager:** JILL COLYER |
| **ANGELO ROBINSON** | |
| Plaintiff/Petitioner | **Date Filed:** |
| vs. | |
| **JAMES HAVILAND** | **FILED** |
| Defendant/Respondent | **OCT 30 2003** |
| *provide pro se address IF NOT on the docket sheet | **LEONARD GREEN, Clerk** |
| **District Court Judge:** Sandra S. Beckwith | **Anything That Needs Special Attention** |
| **Court Reporter(s):** | Notice of Appeal (doc.#39) appealing Order (doc.#36) and Judgment (doc.#37) filed October September 26, 2003. |
| **From Deputy Clerk:** Arthur Hill | |
| **Date:** October 27, 2003 | |
| $105.00 Appeal Filing Fee Paid?  **NO** | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**   Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)        **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

**KENNETH J. MURPHY**
Clerk: _____
United States District Court

03 OCT 30 PM 2:07
FILED
KENNETH J. MURPHY
CLERK