# TRANSMISSION FORM

| District Court: | S.D. of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | 1:00cv0918 | Court of Appeals Case No: |
| SHORT CAPTION | | |
| **ANGELO ROBINSON** | | Case Manager: |
| Plaintiff/Petitioner | | Date Filed: |
| vs. | | **Notice of Appeal (doc.#39)** |
| **JAMES HAVILAND** | | |
| Defendant/Respondent | | |
| *provide pro se address IF NOT on the docket sheet | | |
| District Court Judge: | **SANDRA S. BECKWITH** | Anything That Needs Special Attention |
| Court Reporter(s): | | |
| From Deputy Clerk: | **ARTHUR HILL** | |
| Date: | **November 4, 2003** | |
| $105.00 Appeal Filing Fee Paid? **NO** | | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **One (1)** Volume

Deposition(s)   Volume(s)        Exhibit(s)   Volume(s)

Transcript(s) **Three (3)** Volume(s)

  **Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

**TERRY DEINLEIN, ACTING CLERK**
Clerk: _____
         United States District Court