# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** S.D. of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:00cv0918 | **Court of Appeals Case No:** 03-4407 |
| **SHORT CAPTION** <br><br> **ANGELO ROBINSON** <br><br> Plaintiff/Petitioner <br><br> vs. <br><br> **JAMES HAVILAND** <br><br> Defendant/Respondent <br><br> *provide pro se address IF NOT on the docket sheet | **Case Manager:** <br><br> **Date Filed:** <br> Notice of Appeal (doc.#39) <br><br> **FILED** <br> NOV 0 5 2003 <br> **LEONARD GREEN, Clerk** |
| **District Court Judge:** SANDRA S. BECKWITH <br><br> **Court Reporter(s):** <br><br> **From Deputy Clerk:** ARTHUR HILL <br><br> **Date:** November 4, 2003 | **Anything That Needs Special Attention** |
| **$105.00 Appeal Filing Fee Paid?** NO | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **One (1)** Volume

Deposition(s) ___ Volume(s)    Exhibit(s) ___ Volume(s)

Transcript(s) **Three (3)** Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: **TERRY DEINLEIN, ACTING CLERK**
_____
United States District Court

FILED KENNETH J. MURPHY CLERK 03 NOV -7 PM 4:31