UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-4407

Filed: January 13, 2006

ANGELO ROBINSON

    Petitioner - Appellant

v.

JAMES HAVILAND

    Respondent - Appellee

1:00CV918

### MANDATE

Pursuant to the court's disposition that was filed 12/7/05 the mandate for this case hereby issues today.

COSTS:

Filing Fee ..........$
Printing ............$

    Total ........$

A True Copy.

Attest:

_____
Deputy Clerk