**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MICHELLE R. SENGER
(513) 564-7045
www.ca6.uscourts.gov

06 JAN 20 PM 2:48

Filed: January 17, 2006

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

    RE: 03-4407
       Robinson vs. Haviland
       District Court No. 00-00918

Dear Clerk:

    Enclosed please find:

    The CERTIFIED RECORD RETURNED to lower court at the end of appellate proceedings. [03-4407] . Volumes included: 4 P1;

    Please acknowledge receipt of the certified record on the attached copy of this letter and return it to this office.

_____
Name and Title of Authorized Agent for
the District Court or Government Agency

_1/20/06_____
Date

Very truly yours,
Leonard Green, Clerk

Michelle R. Senger
Records Management Deputy